IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Case No. 1:13-cr-114 |
| | : |
| | : Judge Susan J. Dlott |
| v. | : |
| | : **ORDER** |
| CHRISTOPHER BLAIN, | : |
| Defendant. | : |

This matter is before the Court on several motions filed by Defendant Christopher Blain. (Docs. 94, 97, 98, 99, 100, 101.) This Court previously denied Blain's First Motion for Compassionate Release on January 21, 2021. (Doc. 93.) On July 7, 2021, Blain filed a new pro se Motion for Compassionate Release. (Doc. 94.) Pursuant to Amended General Order 20-21 of the Southern District of Ohio, Richard Monahan, First Assistant Federal Public Defender, recommended that Attorney C. Ransom Hudson be appointed to represent Blain regarding his request for compassionate release. (Doc. 95.) Magistrate Judge Karen L. Litkovitz accepted the recommendation and appointed Attorney Hudson to represent Blain on July 21, 2021. (Doc. 96.)

On July 22, 2021, Blain filed a Petition to Provide the Court with Blain's Release Plan and Reoffense Prevention Plain Pertaining to § 3582 Motion. (Doc. 97.) Attorney Hudson filed a Supplemental Motion for Compassionate Release on February 2, 2022. (Doc. 98.) On March 22, 2022, Attorney Hudson filed a Motion to Hold Motion for Compassionate Release in Abeyance. (Doc. 99.)

On March 28, 2022, Blain submitted a pro se Letter Motion asking the Court to remove Attorney Hudson as counsel on his case and to allow him to proceed pro se. (Doc. 100.) On April 13, 2022, Blain submitted another Letter Motion asking the Court to remove Attorney

Hudson, allow him to proceed pro se, and to dismiss his pending Motion for Compassionate Release without prejudice. (Doc. 101.) He also asks for a copy of the docket sheet and to receive notification of the Court's ruling.

Accordingly, Blain's pro se requests to remove his attorney and proceed pro se (Docs. 100, 101) are **GRANTED**. Attorney Hudson shall no longer be counsel of record in this case. Blain's request to dismiss without prejudice his Compassionate Release Motion (Doc. 101) is **GRANTED**. Blain's Motion for Compassionate Release and related supplemental filings (Docs. 94, 97, 98, 99) are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to serve a copy of the docket sheet and this Order upon Blain.

**IT IS SO ORDERED.**

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court